EFFIE REDNER, Respondent, *v.* THE LEHIGH AND HUDSON RIVER RAILWAY COMPANY, Appellant.

Reported below, 73 Hun, 562.
(Argued December 13, 1895; decided December 19, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 1, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Isaac H. Maynard* for appellant.

*John M. Gardner* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.